## United States Bankruptcy Court
### District of Colorado

In re  **North Shore Associates, LLP**                                    Case No.
Debtor(s)                                                                  Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **North Shore Associates, LLP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 6, 2023**
Date

**/s/ Keri L. Riley**
**Keri L. Riley 47605**
Signature of Attorney or Litigant
Counsel for  **North Shore Associates, LLP**
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
303-832-2400 Fax:303-832-1510
klr@kutnerlaw.com