**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE ASSOCIATES, LLP,<br>EIN: 84-0706673<br><br>   Debtor.<br>_____ | Case No. 23-10808-JGR<br>Chapter 11 |
| In re:<br><br>NORTH SHORE MANOR, INC.,<br>EIN: 84-0660666<br><br>   Debtor. | Case No. 23-10809-JGR<br>Chapter 11, Subchapter V<br><br>**Jointly Administered Under**<br>**Case No. 23-10808-JGR** |

**ORDER RESETTING MARCH 28, 2023, TELEPHONIC HEARING**

UPON CONSIDERATION of Debtor North Shore Manor, Inc.'s Motion to Reset March 28, 2023 Hearing, the Court hereby

ORDERS THAT the Motion is granted. The non-evidentiary telephonic preliminary hearing previously set for March 28, 2023, at 1:00 PM to consider (1) Creditors Columbine Management Services, Inc. and Columbine Health Systems Inc.'s Motion for Relief from Stay for Movant's Intellectual Property (Doc. 41 in Case No. 23-10808-JGR) and (2) Debtor North Shore Manor, Inc.'s Motion for Approval of Interim Compensation Procedures (Doc. 15 in Case No. 23-10809-JGR) and Creditors Wapello Holdings II, LLC and Columbine Management Services, Inc.'s Objection thereto (Doc. 86 in Case No. 23-10809-JGR) is hereby VACATED and reset as follows:

1. The hearing will be held on **Friday, March 31, 2023, at 10:00 AM**.

2. Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

    Dial **833-435-1820** or **833-568-8864** a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input a Meeting ID. The Meeting ID is: **161 324 5580**. You will then be connected into the conference.

    Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions

provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. The objection deadline for Creditor Columbine Management Services, Inc.'s Motion for Relief from Stay for Movant's Intellectual Property (Doc. 41 in Case No. 23-10808-JGR) is extended to **Wednesday, March 29, 2023**.

4. Any amended List of Witnesses and Exhibits, <u>and the exhibits themselves</u>, must be exchanged with opposing counsel and filed with the Court no later than **24 hours prior to the hearing**.

5. In the event the matter is resolved, the hearing shall be vacated only upon receipt and consideration by the Court of a written stipulation or agreement of the parties no later than 3:00 p.m. the day before the scheduled hearing.

Dated this 27th day of March, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge