## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE ASSOCIATES, LLP,<br>EIN: 84-0706673<br><br>        Debtor.<br>_____<br><br>In re:<br><br>NORTH SHORE MANOR, INC.,<br>EIN: 84-0660666<br><br>        Debtor. | Case No. 23-10808-JGR<br>Chapter 11<br><br><br><br><br><br>Case No. 23-10809-JGR<br>Chapter 11, Subchapter V<br><br>**Jointly Administered Under**<br>**Case No. 23-10808-JGR** |

### ORDER CONVERTING MARCH 31, 2023, TELEPHONIC HEARING
### TO ZOOM VIDEOCONFERENCE

THE COURT hereby ORDERS AND GIVES NOTICE that the non-evidentiary telephonic preliminary hearing set for Friday, March 31, 2023, at 10:00 AM, regarding (1) Creditors Columbine Management Services, Inc. and Columbine Health Systems Inc.'s Motion for Relief from Stay for Movant's Intellectual Property (Doc. 41 in Case No. 23-10808-JGR) and (2) Debtor North Shore Manor, Inc.'s Motion for Approval of Interim Compensation Procedures (Doc. 15 in Case No. 23-10809-JGR) and Creditors Wapello Holdings II, LLC and Columbine Management Services, Inc.'s Objection thereto (Doc. 86 in Case No. 23-10809-JGR), is **converted to a Zoom videoconference proceeding**. All pre-hearing deadlines remain unchanged. Counsel and/or parties shall appear by Zoom videoconference using the following information:

---

**To Join the ZoomGov Hearing:**

**https://www.zoomgov.com/j/1613245580**

**Meeting ID: 161 324 5580**
One tap mobile
+16692545252,,1613245580# US (San Jose)
+14154494000,,1613245580# US (US Spanish Line)

Dial by your location
        +1 669 254 5252 US (San Jose)

---

> +1 415 449 4000 US (US Spanish Line)
> +1 669 216 1590 US (San Jose)
> +1 646 828 7666 US (New York)
> +1 646 964 1167 US (US Spanish Line)
> +1 551 285 1373 US
> 833 435 1820 US Toll-free
> 833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number:
> https://www.zoomgov.com/u/acsQhhI2T

1. **Zoom Video Conferences:**

   a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the trial/hearing.

   b. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the parties shall utilize the "Share Screen" function in Zoom. Counsel/parties should make themselves familiar with this function prior to the hearing or trial.

   c. The Court encourages anyone who will be speaking during the hearing or trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will ensure that you can be heard by other participants and in the Court's official recording.

   d. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing.

   e. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last

2

name into the box that appears.  If you fail to identify yourself in this manner by the start of the hearing, you may be removed from the video conference.

 f. The Court will not provide any type of support on Zoom for participants or attendees.  For assistance, please contact Zoom, your local IT support, or seek other online guidance.

**2.** **Test Video Conference/Prehearing Training**: All parties scheduled to take part in the hearing or trial are required to test all equipment ahead of time. In advance of the video test, all parties should read the Court's guidelines for Zoom video conferences on its website at https://www.cob.uscourts.gov/zoom-video-conferences. Parties seeking to test equipment may take part in the Court's Zoom training sessions.

**3.** **Court Appearances:**  If a party does not join the video conference, it will be deemed a failure to appear.  Failure to connect to the video conference in a timely manner may preclude participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

**4.** **No Recordings:**  Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

 IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions.

Dated this 29th day of March, 2023.

BY THE COURT:

Joseph G. Rosania, Jr.
United States Bankruptcy Judge

3