## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

March 31, 2023

Honorable Joseph G. Rosania, Jr.,
Presiding
Courtroom B

| | |
|---|---|
| In re:<br>**North Shore Manor, Inc.**<br><br>**Employer's Tax Identification No. [if any]: 84-0660666**<br><br>Debtor(s). | Bankruptcy Case No. **23-10809-JGR**<br><br>Chapter 11, SubChapter V |

**Appearances:**

| Debtor(s) | North Shore Manor, Inc. | Counsel | Aaron Garber |
|---|---|---|---|
| Debtor(s) | North Shore Associates, LLP | Counsel | Keri Riley |
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Robert Samuel Boughner |
| Creditor | Columbine Management Services, Inc. | Counsel | Zachary Fairlie, John O'Brien |
| Creditor | Wapello Holdings II, LLC | Counsel | Zachary Fairlie, John O'Brien |

**Proceedings:  Videoconference Preliminary Hearing Regarding North Shore Manor, Inc.'s Motion for Approval of Interim Compensation Procedures (Doc. 15) and the Objection thereto (Doc. 86) filed by Wapello Holdings II, LLC and Columbine Management Services, Inc.**

Entry of appearances and statements/arguments made. Offers of Proof.

Exhibits entered: Columbine Exhibits 1-28.

**Orders:**
Oral findings and conclusions made of record.

A Zoom videoconference Status Conference is set for **Thursday, April 20, 2023, at 2:00 PM**. A separate order setting the Status Conference shall not enter. Counsel and/or parties shall appear by Zoom using the following information:

> **To Join the ZoomGov Hearing:**
>
> **https://www.zoomgov.com/j/1613245580**
>
> **Meeting ID: 161 324 5580**
> One tap mobile
> +16692545252,,1613245580# US (San Jose)
> +14154494000,,1613245580# US (US Spanish Line)
>
> Dial by your location
>     +1 669 254 5252 US (San Jose)
>     +1 415 449 4000 US (US Spanish Line)
>     +1 669 216 1590 US (San Jose)

+1 646 828 7666 US (New York)
+1 646 964 1167 US (US Spanish Line)
+1 551 285 1373 US
833 435 1820 US Toll-free
833 568 8864 US Toll-free
Meeting ID: 161 324 5580
Find your local number: https://www.zoomgov.com/u/acsQhhI2T

North Shore Manor, Inc.'s Motion for Approval of Interim Compensation Procedures (Doc. 15 in Case No. 23-10809-JGR) is hereby GRANTED to the extent of the retainers paid to North Shore Manor, Inc.'s professionals. A separate order shall enter forthwith.

Columbine Health Systems, Inc. and Columbine Management Services, Inc. Motion for Relief from Stay on Intellectual Property (Doc. 41 in Case No. 23-10808-JGR) is hereby GRANTED but is STAYED for a period of 14 days, through **April 14, 2023**. A separate order shall enter forthwith.

North Shore Manor Inc.'s Emergency Motion to Compel Turnover (Doc. 136 in Case No. 23-10809-JGR) is HELD IN ABEYANCE until the Zoom Status Conference on **April 20, 2023, at 2:00 PM**.

The management agreement dated October 1, 2004, by which Columbine Management Services, Inc. provided services to North Shore Manor, Inc. is deemed REJECTED as of **April 14, 2023**.

On or before **April 14, 2023**, North Shore Manor, Inc. must retain a manager to run its skilled nursing facility.

Pursuant to Section 1183(b)(2), the Subchapter V Trustee's duties are expanded to include:

1. Investigating the current status of the license(s) necessary for the continuing operations of North Shore Manor, Inc.'s skilled nursing facility;
2. Mediating and resolving disputed between Columbine Management Services, Inc. and the debtors regarding the turnover of documents and the retrieval of intellectual property; and
3. Investigating vendors related to Columbine Management Services, Inc. and associated transfers, as well as the alleged payment of dividends using COVID relief funds.

The Subchapter V Trustee shall appear at the **April 20, 2023, 2:00 PM** Status Conference and provide an update to the Court and, at a date to be determined later, shall file a written report detailing the outcome of such investigations.

The four applications for administrative expenses filed on March 23, 2023, by attorney Zachary Fairlie in Case No. 23-10808-JGR (Docs. 51, 53, 55, and 57), with an objection deadline of April 13, 2023, are deemed to be filed in Case No. 23-10809-JGR. The clerk is directed to re-docket the applications in Case No. 23-10809-JGR. The objection deadlines are unchanged.

Joint administration of cases 23-10808-JGR, *In re North Shore Associates, LLP* and 23-10809-JGR, *In Re North Shore Manor, Inc.* is hereby VACATED. From this point forward the two cases will be administered separately.

BY THE COURT:
Kenneth S. Gardner, Clerk


By:  G. Irving, Law Clerk