## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

March 31, 2023

Honorable Joseph G. Rosania, Jr., Presiding
Courtroom B

| | |
|---|---|
| In re:<br>**North Shore Associates, LLP**<br>**North Shore Manor, Inc.**<br><br>**Employer's Tax Identification No. [if any]: 84-0706673 and 84-0660666**<br><br>Debtor(s). | Bankruptcy Case No. **23-10808-JGR**<br><br>Chapter **11 (Jointly Administered)** |

**Columbine Health Systems, Inc.,**
**Columbine Management Services, Inc.** ,

Movant(s),
v.

**North Shore Associates, LLP**

Respondent(s).

| Appearances: | | | |
|---|---|---|---|
| Debtor(s) | North Shore Manor, Inc. | Counsel | Aaron Garber |
| Debtor(s) | North Shore Associates, LLP | Counsel | Keri Riley |
| Creditor | Columbine Management Services, Inc. ; Columbine Health Systems, Inc. | Counsel | John O'Brien, Zachary Fairlie |
| Trustee | United States Trustee | Counsel | Robert Samuel Boughner |

**Proceedings:** Videoconference Preliminary Hearing on Motion for Relief from Stay On Intellectual Property (Doc. 41) filed by Columbine Health Systems, Inc., Columbine Management Services, Inc. in Bankruptcy Case No. 23-10808-JGR, and Objection thereto filed by Debtor, North Shore Manor, Inc., on March 29, 2023 (Docket #65).

---

Entry of Appearances and statements/arguments made. Offers of Proof.

Exhibits entered: Columbine Exhibits 1-28.

**Orders:**
Oral findings and conclusions made of record.

A Zoom videoconference Status Conference is set for **Thursday, April 20, 2023, at 2:00 PM**. A separate order setting the Status Conference shall not enter. Counsel and/or parties shall appear by Zoom using the following information:

> **To Join the ZoomGov Hearing:**
> https://www.zoomgov.com/j/1613245580

> **Meeting ID: 161 324 5580**
> One tap mobile
> +16692545252,,1613245580# US (San Jose)
> +14154494000,,1613245580# US (US Spanish Line)
>
> Dial by your location
>     +1 669 254 5252 US (San Jose)
>     +1 415 449 4000 US (US Spanish Line)
>     +1 669 216 1590 US (San Jose)
>     +1 646 828 7666 US (New York)
>     +1 646 964 1167 US (US Spanish Line)
>     +1 551 285 1373 US
>     833 435 1820 US Toll-free
>     833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number: https://www.zoomgov.com/u/acsQhhI2T

North Shore Manor, Inc.'s Motion for Approval of Interim Compensation Procedures (Doc. 15 in Case No. 23-10809-JGR) is hereby GRANTED to the extent of the retainers paid to North Shore Manor, Inc.'s professionals. A separate order shall enter forthwith.

Columbine Health Systems, Inc. and Columbine Management Services, Inc. Motion for Relief from Stay on Intellectual Property (Doc. 41 in Case No. 23-10808-JGR) is hereby GRANTED but is STAYED for a period of 14 days, through **April 14, 2023**. A separate order shall enter forthwith.

North Shore Manor Inc.'s Emergency Motion to Compel Turnover (Doc. 136 in Case No. 23-10809-JGR) is HELD IN ABEYANCE until the Zoom Status Conference on **April 20, 2023, at 2:00 PM**.

The management agreement dated October 1, 2004, by which Columbine Management Services, Inc. provided services to North Shore Manor, Inc. is deemed REJECTED as of **April 14, 2023**.

On or before **April 14, 2023**, North Shore Manor, Inc. must retain a manager to run its skilled nursing facility.

Pursuant to Section 1183(b)(2), the Subchapter V Trustee's duties are expanded to include:

1. Investigating the current status of the license(s) necessary for the continuing operations of North Shore Manor, Inc.'s skilled nursing facility;
2. Mediating and resolving disputed between Columbine Management Services, Inc. and the debtors regarding the turnover of documents and the retrieval of intellectual property; and
3. Investigating vendors related to Columbine Management Services, Inc. and associated transfers, as well as the alleged payment of dividends using COVID relief funds.

The Subchapter V Trustee shall appear at the **April 20, 2023, 2:00 PM** Status Conference and provide an update to the Court and, at a date to be determined later, shall file a written report detailing the outcome of such investigations.

The four applications for administrative expenses filed on March 23, 2023, by attorney Zachary Fairlie in Case No. 23-10808-JGR (Docs. 51, 53, 55, and 57), with an objection deadline of April 13, 2023, are deemed to be filed in Case No. 23-10809-JGR. The clerk is directed to re-docket the applications in Case No. 23-10809-JGR. The objection deadlines are unchanged.

Joint administration of cases 23-10808-JGR, *In re North Shore Associates, LLP* and 23-10809-JGR, *In Re North Shore Manor, Inc.* is hereby VACATED. From this point forward the two cases will be administered separately.

BY THE COURT:
Kenneth S. Gardner, Clerk

By:  <u>G. Irving, Law Clerk</u>