**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NORTH SHORE ASSOCIATES, LLP | ) | Case No. 23-10808-JGR |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| | ) | |
| NORTH SHORE MANOR, INC. | ) | Case No. 23-10809-JGR |
| | ) | |
| Debtor. | ) | Chapter 11, Subchapter V |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY FOR MOVANT'S INTELLECTUAL PROPERTY

Upon review of Columbine Management Services, Inc. ("CMS") and Columbine Health Systems, Inc. ("CHS") Motion for Relief from Stay for Movant's Intellectual Property ("Motion"),[1] and for good cause shown as ruled in open court on March 31, 2023,

**IT IS ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the automatic stay is modified, annulled, and lifted to allow CMS and CHS to complete all necessary de-identification of CHS Intellectual Property from the Debtor's SNF and the internet; and

**IT IS FURTHER ORDERED** that CMS and CHS are authorized to remove all CHS Intellectual Property from the SNF and to collect all documents, brochures, employee badges, uniforms, email domains, or any other personal property, tangible or intangible, that contains CHS Intellectual Property.

**IT IS FURTHER ORDERED** that the effect of this Order is stayed through April 14, 2023.

DATED: March 31, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings given in the Motion.

1