# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: <br><br> NORTH SHORE ASSOCIATES, LLP, <br> EIN: 84-0706673 <br><br> Debtor. | Case No. 23-10808-JGR <br> Chapter 11 |
| In re: <br><br> NORTH SHORE MANOR, INC., <br> EIN: 84-0660666 <br><br> Debtor. | Case No. 23-10809-JGR <br> Chapter 11, Subchapter V |

## ORDER VACATING JOINT ADMINISTRATION

AS ORDERED in open court on March 31, 2023, the Court further ORDERS as follows:

1. A copy of this Order shall be docketed in Case No. 23-10808-JGR and Case No. 23-10809-JGR.

2. The joint administration of the Chapter 11 cases of 23-10808-JGR, *In re North Shore Associates, LLP* and 23-10809-JGR, *In Re North Shore Manor, Inc.* is VACATED as of March 31, 2023. The two cases are now administered separately under their originally assigned case numbers.

3. The Clerk of the Court shall compare and if necessary modify the records of the Court and specifically the list of attorneys for each case.

4. Debtor and counsel for the Debtor in each case shall thereafter forthwith modify the mailing matrix for each case to reflect that all creditors and interested parties related to each case are properly noted.

Dated this 3rd day of April, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge