## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| | |
|---|---|
| May 25, 2023 | Honorable Joseph G. Rosania, Jr., Presiding<br>Courtroom B |

| | |
|---|---|
| In re:<br>**North Shore Associates, LLP**<br><br>**Employer's Tax Identification No. [if any]: 84-0706673**<br><br>Debtor(s). | Bankruptcy Case No. **23-10808-JGR**<br><br>Chapter 11 |

**Appearances:**

| | | | |
|---|---|---|---|
| Debtor(s) | North Shore Associates, LLP | Counsel | Keri Riley |
| Debtor(s) | North Shore Manor, Inc. | Counsel | Aaron Garber |
| Creditor | Centre Pharmacy, Inc.; Columbine Distribution Center, LLC.; Columbine Health Systems, Inc.; Columbine Management Services, Inc.; Columbine Medical Equipment, Inc.; Poudre Infusion Therapy, LLC; Wapello Holdings II, LLC; Wapello Holdings LLC; and J. Robert Wilson | Counsel | John O'Brien |

**Proceedings:  Zoom Videoconference Hearing Regarding:**

**Debtor and North Shore Manor, Inc.'s Joint Motion for Approval of Lending and Security Agreement and for Authority to Incur Debt on an Administrative and Secured Basis (Doc. 95) and the Objection thereto (Doc. 120) filed by Centre Pharmacy, Inc.; Columbine Distribution Center, LLC.; Columbine Health Systems, Inc.; Columbine Management Services, Inc.; Columbine Medical Equipment, Inc.; Poudre Infusion Therapy, LLC; Wapello Holdings II, LLC; Wapello Holdings LLC; and J. Robert Wilson.**

Entry of appearances and statements/arguments made.

**Orders:**

Debtor and North Shore Manor, Inc.'s Joint Motion for Approval of Lending and Security Agreement and for Authority to Incur Debt on an Administrative and Secured Basis (Doc. 95)  is hereby GRANTED. The Court will issue a separate order granting the Motion.

If Debtor files a motion to extend time to file a plan, it shall provide at least 10 days' notice pursuant to L.B.R. 9013-1.

BY THE COURT:
Kenneth S. Gardner, Clerk


By:  G. Irving, Law Clerk