UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10808-JGR |
| ) | |
| NORTH SHORE ASSOCIATES, LLP ) | |
| EIN:84-07066736 ) | |
| ) | Chapter 11 |
|   Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 23-10809 JGR |
| NORTH SHORE MANOR, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER APPROVING LENDING AND SECURITY AGREEMENT AND AUTHORIZING THE DEBTORS TO INCUR DEBT ON AN ADMINISTRATIVE AND SECURED BASIS**

THIS MATTER having come before the Court on the Joint Motion for Approval of Lending and Security Agreement and for Authority to Incur Debt on an Administrative and Secured Basis(the "Motion"),[1] filed by North Shore Associates, LLP and North Shore Manor, Inc. (together, the "Debtors") notice having been provided to creditors, the objections having been resolved pursuant to the amended loan documents filed on May 24, 2023, cause being shown to the Court in the Motion for the granting of the requested relief, it is hereby,

ORDERED

1. That the Debtors are authorized to borrow up to $700,000 (the "Facility") from Loveland Health, LLC (the "Lender"). The Debtors are authorized and shall utilize the Facility as follows: (a) to payoff the loan of First National Bank of Omaha assigned to Wapello Holdings II, LLC[2] (the "FNBO Advance") and (b) the balance in the form of a line of credit (the "LOC").

2. NSM is authorized to incur the FNBO Advance on a secured on a first priority basis pursuant to 11 U.S.C. § 364(c)(2). The FNBO Advance shall be secured by the Collateral detailed in the Loan Agreement attached to the Motion. The Lender can take any and all actions necessary to perfect its lien. Within three (3) business days of delivery of a check satisfying its Proof of Claim, Wapello Holdings II, LLC shall file a termination statement of its UCC-1 financing statement. Payment shall be made by wire pursuant to the instructions provided by counsel for Wapello Holdings II, LLC.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.
[2] As of May 19, 2023, the WHII indebtedness was $432,683.07, inclusive of principal, interest and attorney fees. Interest is accruing at a the per diem rate of 101.03.

3. The Debtors are authorized to incur the indebtedness associated with the LOC on an administrative basis pursuant to 11 U.S.C. § 364(b).

4. The Lending Agreement and Promissory Note filed on May 24, 2023, are hereby approved, and the Debtors are authorized to execute such documents and such further documentation as may be deemed reasonably necessary to evidence and secure the subject loan by North Shore Manor's Inc.'s assets.

Dated: May 25, 2023.                    BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge