UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 23-10808-JGR |
| ) | |
| NORTH SHORE ASSOCIATES, LLP ) | |
| EIN:84-07066736 ) | |
| ) | Chapter 11 |
| Debtor. ) | |

# JOINT LIST OF WITNESSES AND EXHIBITS

The Debtors, North Shore Associates, LLP ("NSA" or "Debtor"), by and through its attorneys, Kutner Brienen Dickey Riley, P.C., state their List of Witnesses and Exhibits for the hearing the Motion to Dismiss and the Debtor's Objection thereto as follows:

## Part 1   Witnesses

Debtor **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Mark Kohn, Partner of North Shore Associates, LLP | Mr. Mark Kohn will be called to testify regarding the background of NSA, the consent obtained from the partners from Mr. Wilson, and the decision to remove Mr. Wilson as manager. |
| J. Robert Wilson | Mr. Wilson will be called as an adverse witness to testify regarding certain actions undertaken on behalf of NSA prior to his removal in 2006, and Mr. Wilson's treatment of partners as voting members. |

Debtor **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Robert Church, Interim CEO of North Shore Manor, Inc. | Mr. Church may be called to testify regarding the impact of a foreclosure or receivership with respect to NSA on North Shore Manor's operations and residents. |
| Laurie Chronopoulos, CPA at Columbine Health Systems | Ms. Chronopoulos may be called to testify regarding certain communications and documents sent to partners of NSA, the maintenance of documents for NSA, and the treatment of partners of NSA. |

| | |
|---|---|
| Joshua Levin, by affidavit | Mr. Levin may be called by affidavit to testify regarding the admission of certain trusts for which he is the trustee into NSA. |
| Matthew D. Ansay, MAI | Mr. Ansay may be called to testify regarding the 2016 Appraisal he conducted. |
| David Fogel | Mr. Fogel may be called to testify regarding the Statement of Financial Affairs and Schedules filed in the NSA case and the Section 341 Meeting of Creditors. |
| Any witness identified as having relevant information in connection with corporate governance matters as determined based on the Debtor's Motion for Rule 2004 Examination or any subsequent discovery. | |
| Any party identified by the Objectors on their Witness and Exhibit List | |
| Any party necessary for rebuttal or impeachment | |

## Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| A | Partnership Agreement of North Shore Associates Dated March 1, 1974 | | | |
| B | Agreement to Amend Partnership Agreement Dated October 1, 2006 | | | |
| C | Written Consent of Partners in Lieu of Special Meeting | | | |
| D | Email from Laurie Chronopoulos to Mark Kohn Dated January 11, 2018 RE: Waiver for Beneficiary Limit Requirement – North Shore and Response Thereto | | | |
| E | Waiver of Beneficiary Limit Requirement by Voting Members/Managers | | | |

| | | | | |
|---|---|---|---|---|
| F | Letter from Laurie Chronopoulos to Mark Kohn Dated September 3, 2018 Re: North Shore Associates' Distributions | | | |
| G | Corporate Resolution | | | |
| H | Partner K-1s for Tax Year 2022 | | | |
| I | Letter from Anita Nissly to Lauren Fasciano-Sager re: North Shore Corporate Book | | | |
| J | NSA Loan Payoff | | | |
| K | Letter from Michael Solomon to Robert Wilson re: Levin Trust Distributions | | | |
| L | Draft Stock and Partnership Interest Purchase Agreement | | | |
| | Any exhibit designated by any other party. | | | |
| | Any document produced in connection with the Debtor's Motion for Rule 2004 Examination or subsequent discovery. | | | |
| | Any exhibits necessary for rebuttal or impeachment. | | | |

The Debtor reserve the right to amend their List of Witnesses and Exhibits at any point prior to the hearing.

| Part 3 | **Signature** |
|---|---|

Dated: May 30, 2023                                  Respectfully submitted

                                                          By: /s/Keri L. Riley
                                                              Keri L. Riley, #47605
                                                               **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                               1660 Lincoln Street, Suite 1720
                                                              Denver, CO 80264
                                                              E-mail: klr@kutnerlaw.com
                                                             Telephone: 303-832-2910

## CERTIFICATE OF SERVICE

      I certify that on May 30, 2023, I served a complete copy of the foregoing **JOINT LIST OF WITNESSES AND EXHIBITS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

R. Samuel Boughner, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Joli Lofstedt, Esq.
P.O. Box 270561
Louisville, CO 80027

John O'Brien, Esq.
Scott C. Sandberg, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Zachary Fairlie, Esq.
Spencer Fane LLP
1000 Walnut
Suite 1400
Kansas City, MO 64106

Leah McMahon
State Long-Term Care Ombudsman
Colorado State Long-Term Care
 Ombudsman Program
c/o Disability Law Colorado
455 Sherman Street
Suite 130
Denver, CO 80203

Aaron A. Garber, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street
Suite 200
Littleton, CO 80120

/s/Vicky Martina
**Vicky Martina**