| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: NORTH SHORE ASSOCIATES, LLP | Case #: | 23-10808-JGR |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline:  June 13, 2023.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that J. Robert Wilson and Wapello Holdings LLC (the "Movant"), has filed a Motion to Compel Arbitration with the Court and requests the following relief: an order: (i) compelling arbitration of the disputes raised in Mr. Wilson's and Wapello's Motion to Dismiss (Doc. 99 and 142) and all other disputes among the partners under the Partnership Agreement of North Shore Associates including, without limitation, capital contribution requirements under paragraph 4.2 of the Partnership Agreement to pay the loan owed to Wapello; (ii) finding that proceeding with arbitration will not violate the automatic stay; and (iii) staying this bankruptcy case pending the arbitration's outcome, subject to the arbitrator's interim orders concerning actions to be taken by the Debtor in the North Shore Manor, LLC, bankruptcy case.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

A hearing on the motion has been set for **Thursday, June 22, 2023 at 2:00 P.M**. At a later date the Court will apprise the parties of whether the hearing will be held in-person or by remote means.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

DATED June 6, 2023.

Respectfully submitted,
SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien  #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Email:  jobrien@spencerfane.com; ssandberg@spencerfane.com; zfairlie@spencerfane.com
Attorneys for J. Robert Wilson and Wapello Holdings LLC