| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: | NORTH SHORE ASSOCIATES, LLP | Case #: 23-10808-JGR |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline:  June 21, 2023.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that J. Robert Wilson and Columbine Health Systems (the "Movant"), has filed a **MOTION TO RECONSIDER ORDER GRANTING EX PARTE MOTION FOR ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION OF J. ROBERT WILSON, COLUMBINE HEALTH SYSTEMS, AND SPENCER FANE LLP** with the Court and requests the following relief: Order vacating Order entered May 24, 2023 (Doc. 138).

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

DATED June 7, 2023.

        Respectfully submitted,
        SPENCER FANE LLP

        */s/John O'Brien*
        John O'Brien  #15183
        Scott C. Sandberg #33566
        Zachary Fairlie #68057
        Spencer Fane LLP
        1700 Lincoln Street, Suite 2000
        Denver, Colorado 80203
        Phone: (303) 839-3800
        Email:  jobrien@spencerfane.com; ssandberg@spencerfane.com; zfairlie@spencerfane.com
        Attorneys for J. Robert Wilson and Columbine Health Systems