**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-10808-JGR |
| NORTH SHORE ASSOCIATES, LLP., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**RESPONSE OF NORTH SHORE MANOR, INC.**
**TO MOTION TO COMPEL ARBITRATION**

North Shore Manor, Inc. ("NSM") by and through its undersigned counsel, for its Response to Motion to Compel Arbitration (the "Arbitration Motion") respectfully states as follows:

1. NSM filed its Voluntary Petition for relief under Sub-Chapter V of Chapter 11 of the Bankruptcy Code on March 6, 2023 (the "Petition Date") and is proceeding under Case No. 23-10809.

2. On March 6, 2023, North Shore Associates, LLP ("NSA") also filed for relief under Chapter 11 of the Bankruptcy Code as a single-asset real estate case under Case No. 23-10808.

3. NSM operates a nursing home facilities out of property owned by NSA, and both companies have identical equity ownership.

4. On the Petition Date, NSA and NSM filed a Motion for Joint Administration in their respective cases which was approved by the Court.

5. On March 31, 2023, the Court vacated the joint administration order.

6. However, the overlay of the two cases remains. Of particular import, NSA is NSM's landlord. NSM's operations are conducted at the premises owned by NSA. The residents of NSM reside at the NSA owned facility and NSM's employees work at the NSA facility. Thus, NSM's case will be impacted by what occurs in the NSA case, including the Motion to Dismiss and the Arbitration Motion.

7. While NSM will leave it to other parties to address the merits of the Arbitration Motion, given the import upon the NSM case, NSM desires to bring to the Court's attention certain factors which bear upon the Arbitration Motion.

8. The Arbitration Motion seeks to compel arbitration of the Motion to Dismiss filed in NSA's bankruptcy case and in particular whether the parties that initiated the NSA's bankruptcy filing had authority to do so.

9. Resolution of the Motion to Dismiss, including whether this Court has jurisdiction over NSA, whether the NSA bankruptcy case will proceed, and who has decision making authority in the NSA case, and how quickly those issues are resolved, does have an impact on NSM and its bankruptcy proceeding.

10. If the NSA case is dismissed, it is a near certainty that the secured creditor, Wapello Holding, LLC ("WHL"), will commence a foreclosure proceeding upon the property. If a foreclosure is initiated, the residents of NSM that have made NSM their home will be thrown into turmoil and an uncertain future. The same is true for the employees of NSM. News of a foreclosure will create concern about employee futures and a potential exodus of employees. If a foreclosure is completed, NSM will lose the facility where it operates, placing the health and safety of residents at risk, displacing employees, and derailing NSM's reorganization efforts.

11. NSM needs to make important decisions with respect to its bankruptcy case, including how to deal with the lease between NSM and NSA. NSM also wants to proceed with the Plan confirmation process and has begun the process of crafting such a Plan.

12. An expeditious ruling on the Motion to Dismiss will help NSM determine how to proceed with the issues in the NSM bankruptcy case and bring the bankruptcy case to a close. An expeditious trial process as opposed to arbitration will be the best means for moving both the NSM and the NSA cases forward.

WHEREFORE, the Debtor respectfully requests this Court consider this Response in it ruling on the Arbitration Motion and grant such relief as the Court deems just and appropriate.

Dated: June 13, 2023.  Respectfully submitted,

/s/ Aaron A. Garber
Aaron A. Garber #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that on June 13, 2023 I served via ECF or email a copy of **RESPONSE OF NORTH SHORE MANOR, INC. TO MOTION TO COMPEL ARBITRATION PROCEDURES** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Robert Samuel Boughner    Samuel.Boughner@usdoj.gov
Zachary Fairlie    zfairlie@spencerfane.com, lwhitaker@spencerfane.com
John A. O'Brien    jobrien@spencerfane.com, anissly@spencerfane.com;zbalog@spencerfane.com
Scott C. Sandberg    ssandberg@spencerfane.com, anissly@spencerfane.com;lwhitaker@spencerfane.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Keri L. Riley    klr@kutnerlaw.com, vlm@kutnerlaw.com


                                By:   */s/Nichole Garber*
                                        For Wadsworth Garber Warner Conrardy, PC