**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE ASSOCIATES, LLP,<br>EIN:  84-0706673<br><br>Debtor. | Case No. 23-10808-JGR<br>Chapter 11 |

**NOTICE OF TELEPHONIC ORAL RULING**

THIS MATTER comes before the Court on the Motion to Compel Arbitration filed by Wapello Holdings, LLC and J. Robert Wilson on June 6, 2023 (Doc. 160); the objection thereto filed by the Debtor, North Shore Associates, LLP on June 13, 2023 (Doc. 169); and the reply to the objection filed June 21, 2023 (Doc. 173).  The Court, having reviewed the file and pleadings, hereby

**ORDERS**:

An oral ruling on the matter will be issued on **Friday, July 21, 2023, at 10:00 a.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

Counsel/parties shall appear by telephone at the hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **833-568-8864 US Toll-free or 833-435-1820 US Toll Free**, a few minutes prior to commencement of the hearing.  It is a computerized system, and you will be prompted to input a Meeting ID.  The Meeting ID is: **161 324 5580.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call the Judge's case management team at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

Dated this  18th  day of    July   , 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge