## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

July 21, 2023

| | |
|---|---|
| In re: | Bankruptcy Case No. **23-10808-JGR** |
| **NORTH SHORE ASSOCIATES, LLP** | Chapter 11 |
| Debtor. | |

### JUDGMENT

This matter came before the Court on July 21, 2023, regarding the Motion to Compel Arbitration filed by Wapello Holdings, LLC and J. Robert Wilson on June 6, 2023 (Doc. 160); the objection thereto filed by the Debtor, North Shore Associates, LLP on June 13, 2023 (Doc. 169); and the reply to the objection filed June 21, 2023 (Doc. 173). The issues have been tried, and a decision has been rendered. In accordance with the oral ruling issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that:

J. Robert Wilson and Wapello Holdings, LLC are hereby GRANTED Relief from the Automatic Stay imposed under 11 U.S.C. § 362 to file an Arbitration Demand regarding all disputes arising under the Partnership Agreement of North Shore Associates, LLP.

All parties are GRANTED Relief from the Automatic Stay imposed under 11 U.S.C. § 362 to fully participate in any arbitration proceeding.

The within chapter 11 case, including confirmation of the plan, is HELD IN ABEYANCE pending determination of the arbitration proceeding.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
   S. Nicholls,
   Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
   Joseph G. Rosania, Jr.,
   U.S. Bankruptcy Judge