**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>NORTH SHORE ASSOCIATES, LLP<br>EIN: 84-07066736<br><br><br>Debtors. | Case No. 23-10808-JGR<br>Chapter 11 |

**ORDER DENYING DEBTOR'S APPLICATION TO EMPLOY
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(a)**

This matter is before the court on Debtor North Shore Associates, LLP's Motion to Employ Special Counsel pursuant to 11 U.S.C. § 327(a) (Doc. 202).

The Court entered a detailed oral ruling on July 21, 2023, granting J. Robert Wilson and Wapello Holdings, LLC relief from stay to engage in an arbitration with the other members of North Shore Associates, LLC to determine if the other members had the requisite authority under state law to file the within Chapter 11 bankruptcy case. The Court also lifted the stay in all respects so the other members could fully participate in the arbitration. Finally, as part of the ruling, the Court ordered that the North Shore Associates, LLC Chapter 11 case be held in abeyance pending the determination of the arbitrator(s) on whether the filing of the Chapter 11 case was appropriate under Colorado state law.

J. Robert Wilson and Wapello Holdings, LLC filed a notice of demand for arbitration in this case and a formal demand for arbitration with the American Arbitration Association on September 19, 2023. Despite the order holding the within Chapter 11 case in abeyance, North Shore Associates, LLC filed a motion to employ special counsel on September 19, 2023, to represent it in a modification of a lease of real property to a related debtor, North Shore Manor, LLC (Case No. 23-10809), claiming that the employment was necessary to advance the North Shore Manor, LLC case. J. Robert Wilson and Wapello Holdings, LLC objected to the motion to employ on September 25, 2023.

The motion to employ special counsel is denied without prejudice because the Chapter 11 case of North Shore Associates, LLC is held in abeyance until the arbitrator(s) rule. If the other members did not have the requisite authority to file the Chapter 11 case, the case will be dismissed and the motion moot. If the Chapter 11 case was properly filed,

the motion to employ special counsel can be refiled. This result is unfortunate to North Shore Manor, LLC, but is unavoidable and necessary under the facts of the North Shore Associates, LLC Chapter 11 case.

Dated this 27th day of September, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge