UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10808-JGR |
| | ) | |
| NORTH SHORE ASSOCIATES, LLP | ) | |
| EIN:84-07066736 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO SEAL NOTICE OF FILING DEMAND FOR ARBITRATION AND DEMAND FOR ARBITRATION**

THIS MATTER is before the Court on the Motion of Keri Riley, Esq. and Kutner Brinen Dickey Riley, P.C. to Strike or Seal the Notice of Filing Demand for Arbitration with the American Arbitration Association (the "Motion") and the Demand for Arbitration (Doc. 208), the Court, having reviewed the Motion and being adequately advised in the permises, hereby

ORDERS the Motion is GRANTED, and

The *Notice of Filing Demand for Arbitration with the American Arbitration Association* and *Demand for Arbitration with the American Arbitration Association* (Docket No. 203) shall be sealed; and

Wapello Holdings LLC and J. Robert Wilson will have until October 2, 2023 to object to the motion to seal.

The Clerk of Court shall take such action as is necessary to effectuate this

Order. DONE and entered this 27th day of September, 2023 at Denver, Colorado.

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge