**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____    Date report filed: _____
MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    _____

Original signature of responsible party    *Susannah Prill*

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name  _____       Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.       + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.       = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ ___

    *(Exhibit E)*       Entire amount consists of interest payable to related party, Wapello Holdings LLC.

Debtor Name  _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*    The entire amount consists of rent owed by related party, North Shore Manor Inc.

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* <br> **Projected** <br><br> Copy lines 35-37 from the previous month's report. | − | *Column B* <br> **Actual** <br><br> Copy lines 20-22 of this report. | = | *Column C* <br> **Difference** <br><br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name   _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

Accrual Basis

# North Shore & Associates
## Balance Sheet Prev Year Comparison
As of November 30, 2023

|  | Dec 31, 22 | March 31, 23 | April 31, 23 | May 31, 23 | June 30, 23 | July 31, 23 | Aug 31, 23 | Sept 30, 23 | Oct 31, 23 | Nov 30, 23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| **Checking/Savings** | | | | | | | | | | |
| First National Bank | 2,705.03 | 24,322.93 | 24,322.93 | 24,322.93 | 24,322.93 | 94,322.93 | 164,322.93 | 234,322.93 | 304,322.93 | 444,322.93 |
| **Total Checking/Savings** | 2,705.03 | 24,322.93 | 24,322.93 | 24,322.93 | 24,322.93 | 94,322.93 | 164,322.93 | 234,322.93 | 304,322.93 | 444,322.93 |
| **Accounts Receivable** | | | | | | | | | | |
| Accounts Receivable | 448,000.00 | 596,496.64 | 666,496.64 | 736,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 |
| **Total Accounts Receivable** | 448,000.00 | 596,496.64 | 666,496.64 | 736,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 |
| **Total Current Assets** | 450,705.03 | 620,819.57 | 690,819.57 | 760,819.57 | 830,819.57 | 900,819.57 | 970,819.57 | 1,040,819.57 | 1,110,819.57 | 1,250,819.57 |
| **Fixed Assets** | | | | | | | | | | |
| **Basis** | | | | | | | | | | |
| Building-Nursing Home | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 |
| Building-Commons | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 |
| Commons-Personal Property | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 |
| Improvements-Building | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 |
| Land | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 |
| Improvements-Land | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 |
| Kitchen Equipment | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 |
| Furniture & Fixtures | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 |
| **Total Basis** | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 |
| **Accumulated Depreciation** | | | | | | | | | | |
| A/D Building-Nursing Home | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 |
| A/D Building-Commons | -1,026,791.80 | -1,037,553.97 | -1,041,141.36 | -1,044,728.75 | -1,048,316.14 | -1,051,903.53 | -1,055,490.92 | -1,059,078.31 | -1,062,665.70 | -1,066,253.09 |
| A/D Commons-Personal Property | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 |
| A/D Improvements-Building | -619,086.01 | -623,181.34 | -624,546.45 | -625,911.56 | -627,276.67 | -628,641.78 | -630,006.89 | -631,372.00 | -632,737.11 | -634,102.22 |
| A/D Improvements-Land | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 |
| A/D Kitchen Equipment | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 |
| A/D Furniture & Fixtures | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 |
| **Total Accumulated Depreciation** | -3,443,208.48 | -3,458,065.98 | -3,463,018.48 | -3,467,970.98 | -3,472,923.48 | -3,477,875.98 | -3,482,828.48 | -3,487,780.98 | -3,492,733.48 | -3,497,685.98 |
| **Total Fixed Assets** | 739,074.70 | 724,217.20 | 719,264.70 | 714,312.20 | 709,359.70 | 704,407.20 | 699,454.70 | 694,502.20 | 689,549.70 | 684,597.20 |
| **Other Assets** | | | | | | | | | | |
| **Basis-Intangibles** | | | | | | | | | | |
| Loan Costs | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 |
| Goodwill | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **Total Basis-Intangibles** | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 |
| **Accum Amort-Intangibles** | | | | | | | | | | |
| A/A Loan Costs | -9,095.28 | -9,961.69 | -10,072.58 | -10,183.47 | -10,294.36 | -10,405.25 | -10,516.14 | -10,627.03 | -10,737.92 | -10,848.81 |
| **Total Accum Amort-Intangibles** | -9,095.28 | -9,961.69 | -10,072.58 | -10,183.47 | -10,294.36 | -10,405.25 | -10,516.14 | -10,627.03 | -10,737.92 | -10,848.81 |
| **Total Other Assets** | 6,350.08 | 5,483.67 | 5,372.78 | 5,261.89 | 5,151.00 | 5,040.11 | 4,929.22 | 4,818.33 | 4,707.44 | 4,596.55 |
| **TOTAL ASSETS** | 1,196,129.81 | 1,350,520.44 | 1,415,457.05 | 1,480,393.66 | 1,545,330.27 | 1,610,266.88 | 1,675,203.49 | 1,740,140.10 | 1,805,076.71 | 1,940,013.32 |
| **LIABILITIES & EQUITY** | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | | | |
| **Notes Payable** | | | | | | | | | | |
| Wapello Holdings LLP | 1,846,729.30 | 1,834,761.12 | 1,840,724.09 | 1,846,706.44 | 1,852,708.24 | 1,858,930.25 | 1,865,173.16 | 1,871,234.97 | 1,877,519.20 | 1,883,621.14 |
| **Total Notes Payable** | 1,846,729.30 | 1,834,761.12 | 1,840,724.09 | 1,846,706.44 | 1,852,708.24 | 1,858,930.25 | 1,865,173.16 | 1,871,234.97 | 1,877,519.20 | 1,883,621.14 |
| **Total Long Term Liabilities** | 1,846,729.30 | 1,834,761.12 | 1,840,724.09 | 1,846,706.44 | 1,852,708.24 | 1,858,930.25 | 1,865,173.16 | 1,871,234.97 | 1,877,519.20 | 1,883,621.14 |
| **Total Liabilities** | 1,846,729.30 | 1,834,761.12 | 1,840,724.09 | 1,846,706.44 | 1,852,708.24 | 1,858,930.25 | 1,865,173.16 | 1,871,234.97 | 1,877,519.20 | 1,883,621.14 |
| **Equity** | | | | | | | | | | |

| | Dec 31, 22 | March 31, 23 | April 31, 23 | May 31, 23 | June 30, 23 | July 31, 23 | Aug 31, 23 | Sept 30, 23 | Oct 31, 23 | Nov 30, 23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Withdrawls** | | | | | | | | | | |
| Joshua Levin 08 Trust, 3.125% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Esther Levin Trust, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Baruch & Lynne Levin, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Menachem & Shos Levin, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B Radetsky, 11.25% | -24,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L. Fogel, 18.75% | -40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M. Kohn, 25% | -54,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R. Wilson 15% | -32,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M or M Kohn 5% | -10,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Withdrawls** | -216,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Retained Earnings** | -1,125,502.16 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 | -650,599.49 |
| **Net Income** | 690,902.67 | 166,358.81 | 225,332.45 | 284,286.71 | 343,221.52 | 401,936.12 | 460,629.82 | 519,504.62 | 578,157.00 | 706,991.67 |
| **Total Equity** | -650,599.49 | -484,240.68 | -425,267.04 | -366,312.78 | -307,377.97 | -248,663.37 | -189,969.67 | -131,094.87 | -72,442.49 | 56,392.18 |
| **TOTAL LIABILITIES & EQUITY** | 1,196,129.81 | 1,350,520.44 | 1,415,457.05 | 1,480,393.66 | 1,545,330.27 | 1,610,266.88 | 1,675,203.49 | 1,740,140.10 | 1,805,076.71 | 1,940,013.32 |

Accrual Basis
Case:23-10808-JGR    Doc#:220    Filed:12/13/23    Entered:12/13/23 16:20:23    Page7 of 9

**North Shore & Associates**
**Profit & Loss YTD Comparison**

| | Jan - Dec 22 | MTD Jan 23 | MTD Feb 23 | MTD Mar 23 | MTD Apr 23 | MTD May 23 | MTD June 23 | MTD July 23 | MTD Aug 23 | MTD Sept 23 | MTD Oct 23 | MTD Nov 23 | YTD Nov 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Rent | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 140,000.00 | 840,000.00 |
| **Total Income** | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 140,000.00 | 840,000.00 |
| **Gross Profit** | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 140,000.00 | 840,000.00 |
| **Expense** | | | | | | | | | | | | | |
| Interest-Wapello Holdings LLC | 85,785.86 | 6,201.93 | 5,575.23 | 6,628.77 | 5,962.97 | 5,982.35 | 6,001.80 | 6,222.01 | 6,242.91 | 6,061.81 | 6,284.23 | 6,101.94 | 67,265.95 |
| Professional Service Fees | 1,550.00 | 0.00 | 3,000.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Bank Fees | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 88,335.86 | 6,201.93 | 8,575.23 | 13,628.77 | 5,962.97 | 5,982.35 | 6,001.80 | 6,222.01 | 6,242.91 | 6,061.81 | 6,284.23 | 6,101.94 | 77,265.95 |
| **Net Ordinary Income** | 751,664.14 | 63,798.07 | 61,424.77 | 56,371.23 | 64,037.03 | 64,017.65 | 63,998.20 | 63,777.99 | 63,757.09 | 63,938.19 | 63,715.77 | 133,898.06 | 762,734.05 |
| **Other Income/Expense** | | | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | | | |
| **Depreciation/Amortization** | | | | | | | | | | | | | |
| Depr Building-Commons | 43,049.00 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 39,461.29 |
| Depr Improvements-Building | 16,381.00 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 1,365.11 | 15,016.21 |
| Amort Loan Costs | 0.47 | 110.89 | 0.00 | 266.87 | 110.89 | 110.89 | 110.89 | 110.89 | 110.89 | 110.89 | 110.89 | 110.89 | 1,264.88 |
| **Total Depreciation/Amortization** | 1,331.00 | 5,063.39 | 4,952.50 | 5,219.37 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 55,742.38 |
| **Total Other Expense** | 60,761.47 | 5,063.39 | 4,952.50 | 5,219.37 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 5,063.39 | 55,742.38 |
| **Net Other Income** | 60,761.47 | -5,063.39 | -4,952.50 | -5,219.37 | -5,063.39 | -5,063.39 | -5,063.39 | -5,063.39 | -5,063.39 | -5,063.39 | -5,063.39 | -5,063.39 | -55,742.38 |
| **Net Income** | 690,902.67 | 58,734.68 | 56,472.27 | 51,151.86 | 58,973.64 | 58,954.26 | 58,934.81 | 58,714.60 | 58,693.70 | 58,874.80 | 58,652.38 | 128,834.67 | 706,991.67 |

(A) Accrued interest at Nov 30, 2023        $67,265.95
(A) Accrued interest at filing date per Wapello Holdings, LLC        $5,350.29
                                                                    $61,915.66





Contact Information

970.495.9450
800.883.8773

fnbo.com

Stop: 3118/04
1620 Dodge St
Omaha, NE 68197

NORTH SHORE ASSOCIATES
802 W DRAKE RD STE 101
FT COLLINS CO 80526

| STATEMENT SUMMARY | November 1, 2023 through November 30, 2023 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Analyzed Checking | | 304,322.93 | 444,322.93 |
| | Total on Deposit | | $444,322.93 |

View up to the minute
account information online-
24 hours a day!
www.fnbo.com



BankOnline

| Analyzed Checking  xxxx3185  $444,322.93 | | | Account Detail |
|---|---|---|---|
| Beginning Balance | $304,322.93 | Items Enclosed | 0 |
| Total Deposits | 2 for $140,000.00 | | |
| Total Withdrawals | 0 for $0.00 | | |
| **Ending Balance** | **$444,322.93** | | |

| Deposit Activity | | | | |
|---|---|---|---|---|
| X | Date | Post Date | Description | Amount |
| **ELECTRONIC** | | | | |
| ☐ | 11/07 | 11/07 | Online Transfer From Acct Ending 1400 | 70,000.00 |
| ☐ | 11/30 | 11/30 | Online Transfer From Acct Ending 1400 | 70,000.00 |
| | | | Total Electronic Deposits | $140,000.00 |

Member FDIC

**CONTACT INFORMATION**
Telephone us at: (800) 883-8773
Write us at: First National Bank of Omaha
Customer Care Center
1620 Dodge St. Stop 3095
Omaha, NE 68197-3095
Visit us at: fnbo.com

**INQUIRIES ABOUT YOUR DIRECT DEPOSIT**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the contact number above to find out whether the deposit has been made.

**HOW TO CALCULATE YOUR LINE OF CREDIT INTEREST CHARGES AND YOUR BALANCE SUBJECT TO INTEREST RATE**
Interest Charges: Your interest charge(s) are computed by multiplying your closing principal balance for each day by the daily periodic rate applicable for that day and adding the daily results during the billing cycle together.  The daily periodic rate may vary in accordance with your line of credit agreement.

Balance Subject to Interest Rate: The closing principal balance is used to calculate the balance subject to the interest rate.  The closing principal balance in your account each day will be determined by taking the beginning principal balance of your account each day (excluding unpaid interest charges), adding any new advances and subtracting any principal payments or credits.  All of the closing principal balances are added together and divided by the number of days in the billing cycle to get the "balance subject to interest rate" shown on this statement. This 'balance subject to interest rate' can be multiplied by the number of days in the billing cycle and the periodic rate applied to the product to determine the amount of the finance charge.

**THE FOLLOWING SECTIONS APPLY TO CONSUMER ACCOUNTS ONLY:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Contact us in one of the methods listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number, (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and (3) Tell us the dollar amount of the suspected error.  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

**WHAT TO DO IF YOU HAVE A LINE OF CREDIT AND YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us using the Contact address above.  In your letter, please give us the following information: (1) *Account information:* Your name and account number, (2) *Dollar amount:* The dollar amount of the suspected error, and (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.  You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount, (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount, (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance, (4) We can apply any unpaid amount against your credit limit.

**PAYMENT REQUIREMENTS**
*PAYMENTS MADE IN PERSON OR BY MAIL***:** Payments are generally credited as of the date received if the payment is (1) received by us during normal branch hours and, if by mail, at the payment address listed on the payment coupon or in the supplied envelope (if applicable), (2) paid with one check or one money order drawn in United States Dollars on a bank located in the United States and the full account number listed on the check or money order, (3) accompanied by the payment coupon (without any other portion of a statement or any correspondence of any type). If we accept a payment in any other form there may be a delay in crediting your account up to five days, during which time interest will accrue and applicable fees will apply. If your payment is returned unpaid by your bank for insufficient funds, we may re-present your check electronically. In the event that your payment due date falls on a date we do not receive or accept payments by mail (weekends and holidays), payments made in person on that date and payments received by mail by the next business day will be treated as on-time.