# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-10808-JGR |
| NORTH SHORE ASSOCIATES, LLP ) | |
| EIN: ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## SECOND STATUS REPORT REGARDING ARBITRATION

The Debtor, North Shore Associates, LLP ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Second Status Report Regarding the Arbitration initiated by J. Robert Wilson as follows:

1. Pursuant to this Court's Order on July 21, 2023, the Debtor's case is being held in abeyance pending a determination of the arbitration initiated by J. Robert Wilson.

2. The arbitration was commenced on September 19, 2023 with the American Arbitration Association ("AAA"). The partners have responded to the Arbitration Complaint.

3. No trial, hearing, or other proceeding to adjudicate the merits of the arbitration demand has been held in the arbitration proceeding.

4. No other judgment, determination or other decision has been issued in the arbitration and the arbitration remains pending.

5. The Debtor continues to receive rent from its tenant, North Shore Manor, Inc.

Dated: January 18, 2024                Respectfully submitted,

                                By:   */s/ Keri L. Riley*
                                        Keri L. Riley #47605
                                        **KUTNER BRINEN DICKEY RILEY, P.C.**
                                        1660 Lincoln Street, Suite 1720
                                        Denver, CO 80264
                                        Telephone: (303) 832-2400
                                        E-Mail: klr@kutnerlaw.com