# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>North Shore Associates, LLP<br>EIN: 84-0706673<br><br>Debtor. | Case No. 23-10808-JGR<br>Chapter 11 |

## ORDER

THIS MATTER is before the Court *sua sponte*. The Debtor filed a status report on the status of the arbitration on January 18, 2024 (Dkt. No. 221). The Court, having reviewed the file and being advised in the premises,

ORDERS the Debtor to file an updated status report on the status of the arbitration on or before March 8, 2024.

DATED this 23rd day of February, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge