**Fill in this information to identify the case:**

Debtor Name  _____

United States Bankruptcy Court for the: _____ District of _____

Case number:  _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  _____

Original signature of responsible party  _____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name   _____          Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ ___

    *(Exhibit E)*

Debtor Name   _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____

     *(Exhibit F)*   The entire amount consists of rent owed by related party, North Shore Manor Inc.

## 5. Employees

26. What was the number of employees when the case was filed?   _____
27. What is the number of employees as of the date of this monthly report?   _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____
36. Total projected cash disbursements for the next month:   − $ _____
37. Total projected net cash flow for the next month:   = $ _____

Debtor Name   _____         Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

Accrual Basis

# North Shore & Associates
## Balance Sheet Prev Year Comparison
### As of April, 2024

| | Dec 31, 22 | Dec 31, 23 | Jan 31, 24 | Feb 29, 24 | Mar 31, 24 | Apr 30, 24 |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Checking/Savings** | | | | | | |
| First National Bank | 2,705.03 | 444,322.93 | 514,322.93 | 479,113.65 | 547,363.65 | 617,378.65 |
| **Total Checking/Savings** | 2,705.03 | 444,322.93 | 514,322.93 | 479,113.65 | 547,363.65 | 617,378.65 |
| **Accounts Receivable** | | | | | | |
| Accounts Receivable | 448,000.00 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 |
| **Total Accounts Receivable** | 448,000.00 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 | 806,496.64 |
| **Total Current Assets** | 450,705.03 | 1,250,819.57 | 1,320,819.57 | 1,285,610.29 | 1,353,860.29 | 1,423,875.29 |
| **Fixed Assets** | | | | | | |
| **Basis** | | | | | | |
| Building-Nursing Home | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 | 1,124,000.00 |
| Building-Commons | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 | 1,689,869.10 |
| Commons-Personal Property | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 | 363,559.56 |
| Improvements-Building | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 | 620,083.41 |
| Land | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 |
| Improvements-Land | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 | 184,474.47 |
| Kitchen Equipment | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 | 35,733.00 |
| Furniture & Fixtures | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 | 89,563.64 |
| **Total Basis** | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 | 4,182,283.18 |
| **Accumulated Depreciation** | | | | | | |
| A/D Building-Nursing Home | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 | -1,124,000.00 |
| A/D Building-Commons | -1,026,791.80 | -1,069,840.48 | -1,073,427.87 | -1,093,764.29 | -1,097,351.68 | -1,100,939.07 |
| A/D Commons-Personal Property | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 | -363,559.56 |
| A/D Improvements-Building | -619,086.01 | -635,467.33 | -636,832.44 | -620,083.41 | -620,083.41 | -620,083.41 |
| A/D Improvements-Land | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 | -184,474.47 |
| A/D Kitchen Equipment | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 | -35,733.00 |
| A/D Furniture & Fixtures | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 | -89,563.64 |
| **Total Accumulated Depreciation** | -3,443,208.48 | -3,502,638.48 | -3,507,590.98 | -3,511,178.37 | -3,514,765.76 | -3,518,353.15 |
| **Total Fixed Assets** | 739,074.70 | 679,644.70 | 674,692.20 | 671,104.81 | 667,517.42 | 663,930.03 |
| **Other Assets** | | | | | | |
| **Basis-Intangibles** | | | | | | |
| Loan Costs | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 | 10,445.36 |
| Goodwill | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **Total Basis-Intangibles** | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 | 15,445.36 |
| **Accum Amort-Intangibles** | | | | | | |
| A/A Loan Costs | -9,095.28 | -10,959.70 | -11,070.59 | -11,181.48 | -11,292.37 | -11,403.26 |
| **Total Accum Amort-Intangibles** | -9,095.28 | -10,959.70 | -11,070.59 | -11,181.48 | -11,292.37 | -11,403.26 |
| **Total Other Assets** | 6,350.08 | 4,485.66 | 4,374.77 | 4,263.88 | 4,152.99 | 4,042.10 |
| **TOTAL ASSETS** | 1,196,129.81 | 1,934,949.93 | 1,999,886.54 | 1,960,978.98 | 2,025,530.70 | 2,091,847.42 |
| **LIABILITIES & EQUITY** | | | | | | |
| **Liabilities** | | | | | | |
| **Accounts Payable** | | | | | | |
| Accrued Expenses | 0.00 | 0.00 | 122,755.28 | 90,702.87 | 81,221.87 | 96,357.17 |
| **Total Current Liabilities** | 0.00 | 0.00 | 122,755.28 | 90,702.87 | 81,221.87 | 96,357.17 |
| **Long Term Liabilities** | | | | | | |
| **Notes Payable** | | | | | | |
| Wapello Holdings LLP | 1,846,729.30 | 1,889,946.97 | 1,896,294.04 | 1,902,251.56 | 1,906,820.52 | 1,910,363.59 |
| **Total Notes Payable** | 1,846,729.30 | 1,889,946.97 | 1,896,294.04 | 1,902,251.56 | 1,906,820.52 | 1,910,363.59 |
| **Total Long Term Liabilities** | 1,846,729.30 | 1,889,946.97 | 1,896,294.04 | 1,902,251.56 | 1,906,820.52 | 1,910,363.59 |
| **Total Liabilities** | 1,846,729.30 | 1,889,946.97 | 2,019,049.32 | 1,992,954.43 | 1,988,042.39 | 2,006,720.76 |
| **Equity** | | | | | | |
| **Withdrawls** | | | | | | |
| Joshua Levin 08 Trust, 3.125% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Esther Levin Trust, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Baruch & Lynne Levin, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Menachem & Shos Levin, 6.25% | -13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B Radetsky, 11.25% | -24,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L. Fogel, 18.75% | -40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M. Kohn, 25% | -54,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R. Wilson 15% | -32,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M or M Kohn 5% | -10,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Withdrawls** | -216,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retained Earnings | -1,125,502.16 | -650,599.49 | 45,002.97 | 45,002.97 | 45,002.97 | 45,002.97 |
| Net Income | 690,902.67 | 695,602.46 | -64,165.74 | -76,978.42 | -7,514.65 | 40,123.69 |
| **Total Equity** | -650,599.49 | 45,002.97 | -19,162.78 | -31,975.45 | 37,488.31 | 85,126.65 |
| **TOTAL LIABILITIES & EQUITY** | 1,196,129.81 | 1,934,949.93 | 1,999,886.54 | 1,960,978.98 | 2,025,530.70 | 2,091,847.42 |

Accrual Basis

# North Shore & Associates
## Profit Loss YTD Comparison
### As of April 30, 2024

|  | Jan - Dec 22 | Jan - Dec 23 | MTD Jan 24 | MTD Feb 24 | MTD Mar 24 | MTD Apr 24 | YTD Apr 24 |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
|   **Income** | | | | | | | |
|     Rent | 840,000.00 | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 280,000.00 |
|   **Total Income** | 840,000.00 | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 280,000.00 |
|   **Gross Profit** | 840,000.00 | 840,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 280,000.00 |
|   **Expense** | | | | | | | |
|     Interest-Wapello Holdings LLC | 85,785.86 | 73,591.78 | 6,347.07 | 5,957.52 | 3,904.02 | 5,943.02 | 22,151.63 |
|     Professional Service Fees | 1,550.00 | 10,000.00 | 27,027.00 | 0.00 | 1,750.00 | 13,385.30 | 42,162.30 |
|     Bank Fees | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Property Taxes | 0.00 | 0.00 | 95,728.28 | 63,675.87 | 0.00 | 0.00 | 159,404.15 |
|   **Total Expense** | 88,335.86 | 83,591.78 | 129,102.35 | 69,633.39 | 5,654.02 | 19,328.32 | 223,718.08 |
| **Net Ordinary Income** | 751,664.14 | 756,408.22 | -59,102.35 | 366.61 | 64,345.98 | 50,671.68 | 56,281.92 |
| **Other Income/Expense** | | | | | | | |
|   **Other Expense** | | | | | | | |
|     Depreciation/Amortization | | | | | | | |
|       Depr Building-Commons | 43,049.00 | 43,048.68 | 3,587.39 | 3,587.39 | 3,587.39 | 3,587.39 | 14,349.56 |
|       Depr Improvements-Building | 16,381.00 | 16,381.32 | 1,365.11 | 0.00 | 0.00 | 0.00 | 1,365.11 |
|       Amort Loan Costs | 0.47 | 1,375.77 | 110.89 | 110.89 | 110.89 | 110.89 | 443.56 |
|     **Total Depreciation/Amortization** | 1,331.00 | 60,805.77 | 5,063.39 | 3,698.28 | 3,698.28 | 3,698.28 | 16,158.23 |
|   **Total Other Expense** | 60,761.47 | 60,805.77 | 5,063.39 | 3,698.28 | 3,698.28 | 3,698.28 | 16,158.23 |
| **Net Other Income** | 60,761.47 | -60,805.77 | -5,063.39 | -3,698.28 | -3,698.28 | -3,698.28 | -16,158.23 |
| **Net Income** | **690,902.67** | **695,602.45** | **-64,165.74** | **-3,331.67** | **60,647.70** | **46,973.40** | **40,123.69** |

| | |
|---|---|
| **Accrued interest at April 30, 2024** | $95,743.41 |
| **Accrued interest at filing date per Wapello Holdings, LLC** | $5,350.29 |
| | $90,393.12 |

North Shore Associates
April 30, 2024 Monthly Operating Report
Exhibit E
Unpaid Bills

| | |
|---|---:|
| Professional Fees - Eisner Advisory Group (Accountant) | 42,162.30 |
| 2nd Half Property Taxes - Larimer County | 54,194.87 |
| | $96,357.17 |




402.346.3626
800.642.0014

fnbo.com





| Account Description | Account # | Beginning Balance | Ending Balance |
|---|---|---|---|
| **Deposit Accounts** | | | |
| | **Total on Deposit** | | **$5,000.00** |

**Ending Balance**      $5,000.00

**Deposit Activity**

| X | Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **ELECTRONIC** | | | | |
| ☐ | | | | |
| | | | **Total Electronic Deposits** | **$70,000.00** |

Member FDIC

# Initiate Business Checking ℠

April 30, 2024 ■ Page 1 of 4

NORTH SHORE ASSOCIATES
DEBTOR IN POSSESSION
CH 11 CASE 23-10808(CO)
335 N HIGHLAND AVE
MERION STATION PA 19066-1707

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ✓
Online Statements ✓
Business Bill Pay ✓
Business Spending Report ✓
Overdraft Protection ☐

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $15.00 |
| Deposits/Credits | 612,363.65 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 4/30 | $612,378.65 |

Account number 4890
NORTH SHORE ASSOCIATES
DEBTOR IN POSSESSION
CH 11 CASE 23-10808(CO)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 503

For Wire Transfers use
Routing Number (RTN): 0248

WELLS FARGO

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/23 | | WT Seq#30429 Coo Wire Compliance /Org=.North Shore Associates Srf# 2024040800002020 Trn#240423030429 Rfb# | 612,363.65 | | 612,378.65 |
| Ending balance on 4/30 | | | | | 612,378.65 |
| Totals | | | $612,363.65 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $163,312.00 ✓ |
| • Minimum daily balance | $500.00 | $15.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



## ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.