**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NORTH SHORE ASSOCIATES, LLP | ) | Case No. 23-10808-JGR |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**LOCAL BANKRUPTCY RULE 2081-3(c) NOTICE OF MOTION TO DISMISS WITH TURNOVER OF CASH COLLATERAL**

**OBJECTION DEADLINE: WEDNESDAY, JUNE 5, 2024**

NOTICE IS HEREBY GIVEN that a Notice Of Motion To Dismiss With Turnover Of Cash Collateral has been filed, a copy of which is attached hereto.

Telephonic information is as follows:

Please dial 833-435-1820 US Toll-free or 833-568-8864
Meeting ID: 161 324 5580

A hearing on the motion has been set for **Tuesday, June 18, 2024 at 1:00 P.M**. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom B, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3(c).

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court (at 721 19th St., Denver, CO 80202) a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant’s attorney, whose address is listed below:

John O’Brien
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 802023

If you file an objection, you are REQUIRED to comply with L.B.R. 2081-3(c) regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated,** and an order granting the relief requested may be granted without further notice to you.

DATED May 20, 2024.

Respectfully submitted,

SPENCER FANE LLP

*/s/John O'Brien*

John O'Brien #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jobrien@spencerfane.com;
ssandberg@spencerfane.com;
zfairlie@spencerfane.com

Attorneys for J. Robert Wilson and Wapello Holdings LLC