| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: NORTH SHORE ASSOCIATES, LLP<br>First Name    Middle Name    Last Name | Case #: | 23-10808-JGR |
| Debtor 2: _____<br>First Name    Middle Name    Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**   **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on **May 21, 2024**, I served a complete copy of **MOTION FOR RELIEF FROM STAY; LOCAL BANKRUPTCY RULE 4001-1 NOTICE OF MOTION FOR RELIEF FROM STAY; AND PROPOSED ORDER ON MOTION FOR RELIEF FROM STAY** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

_____ See _Exhibit 1_ _____

_____

**[List each party served and the manner of service, e.g., "Attorney Jane Smith, 123 Main St., Denver, CO, 80202" or "Attorney John Smith, via CM/ECF"]**

**Part 2**   **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on May 21, 2024, I served a complete copy of **MOTION FOR RELIEF FROM STAY; LOCAL BANKRUPTCY RULE 4001-1 NOTICE OF MOTION FOR RELIEF FROM STAY; AND PROPOSED ORDER ON MOTION FOR RELIEF FROM STAY** on the following parties in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

_____ See _Exhibit 1_ _____

_____

**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

**Part 3**   **Signature**

DATED May 21, 2024.

Respectfully submitted,

SPENCER FANE LLP

_/s/John O'Brien_____
John O'Brien  #15183
Scott C. Sandberg #33566
Zachary Fairlie #68057
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800

DE 8730999.1

Fax: (303) 839-3838
Email:  jobrien@spencerfane.com;
ssandberg@spencerfane.com;
zfairlie@spencerfane.com

Attorneys for J. Robert Wilson and Wapello Holdings LLC

# **EXHIBIT 1**

The following attorneys were served via CM/ECF system:

       Keri L. Riley klr@kutnerlaw.com
       US Trustee USTPRegion19.DV.ECF@usdoj.gov
       Robert Samuel Boughner Samuel.boughner@usdoj.gov

The following were served via first class, postage prepaid U.S. Mail:

North Shore Associates, LLP
201 Columbine Street, Suite 15
PO Box 6346
Denver, CO 80206

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Kay Blackman
Licensing and Certification Specialist
Colorado Department of Public Health and Environment
4300 Cherry Creek Drive South
Denver, CO 80246

Jo Tansey
State of Colorado Department of Health
Branch Chief Acute and Nursing Facilities
4300 Cherry Creek Drive South
Denver, CO 80246

Shelley Sanderman, JD
Enforcement Services Program Manager
Health Facilities and Emergency Medical Services
4300 Cherry Creek Drive South
Denver, CO 80246-1530